UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Criminal No. 25-mj-3059 (KAR) |
| **JACOB D. MILLER** | |

### GOVERNMENT'S MOTION FOR PRETRIAL DETENTION OF DEFENDANT PURSUANT TO 18 U.S.C. §§ 3142(e) and (f)

The United States of America, by its undersigned attorneys (the "Government") moves for pretrial detention of defendant, pursuant to 18 U.S.C. §§ 3142(e) and (f).

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because it involves (check all the apply):

    \_\_\_\_    Crime of violence (18 U.S.C. §§ 3142(f)(1)(A) and 3156)

    \_\_\_\_    Maximum sentence life imprisonment or death (18 U.S.C. § 3142(f)(1)(B))

    \_\_\_\_    10 plus years drug offense (18 U.S.C. § 3142(f)(1)(C))

    \_\_\_\_    Felony, with two prior convictions in above categories (18 U.S.C. § 3142(f)(1)(D))

    <u>XXX</u>    Felony involving possession of firearm / destructive device (18 U.S.C. § 3142(f)(1)(E))

    \_\_\_\_    Serious risk defendant will flee (18 U.S.C. § 3142(f)(2)(A))

    <u>XXX</u>    Serious risk of obstruction of justice

1

2. <u>Reason for Detention</u>. The court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

\_\_\_\_   Defendant's appearance as required

<u>XXX</u>   Safety of any other person and the community

3. <u>Rebuttable Presumption</u>. None.

4. <u>Time for Detention Hearing</u>. The Government requests that the court conduct the detention hearing in three days.

5. <u>Witnesses</u>.

The Government intends to proceed by proffer with the evidence set forth in the Affidavit of FBI Special Agent Dustin Farivar in support of the defendant's Criminal Complaint and in the Affidavit of FBI Special Agent Derek Boucher in support of the instant motion for pretrial detention.

6. <u>Other Matters</u>.

None.

                                              Respectfully submitted,

                                              LEAH B. FOLEY
                                              United States Attorney

By:   */s/ Steven H. Breslow*
      STEVEN H. BRESLOW
      (NY2915247)
      Assistant U.S. Attorney
      300 State Street, Suite 230
      Springfield, MA 01105
      413-785-0330
      steve.breslow@usdoj.gov

Dated:   April 10, 2025

## Certificate of Service

  I hereby certify that this document was filed by ECF and will be sent to the registered participants as identified on the Notice of Electronic Filing.

            By:  */s/ Steven H. Breslow*
                STEVEN H. BRESLOW
                Assistant U.S. Attorney