# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   25-mj-3059 (KAR) |
| JACOB D. MILLER | ) | |
| | ) | |
| *Defendant* | ) | |

**ORDER SCHEDULING A DETENTION HEARING**

A detention hearing in this case is scheduled as follows:

| | |
|---|---|
| Place:  U.S. District Court<br>300 State Street<br>Springfield, MA 01105 | Courtroom No.:   Franklin Courtroom |
| | Date and Time:  4/15/2025 at 1:00 pm |

   **IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:        4/10/2025

/s/ Katherine A. Robertson
*Judge's signature*

Katherine A. Robertson, U.S. Magistrate Judge
*Printed name and title*